# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROOFERS' PENSION FUND *et al.*, | ) |
| Plaintiffs, | ) Case No.: 21-cv-06308 |
| vs. | ) Judge: Charles P. Kocoras |
| G & C CONSTRUCTION AND SEALANTS, INC., an Illinois Corporation, | ) Mag. Judge: M. David Weisman |
| Defendant | ) |

### ORDER REINSTATING LAWSUIT AND ENTERING JUDGMENT

This matter coming before the Court on the Motion to Reinstate the Lawsuit and for the Immediate Entry of Judgment Against Defendant G & C CONSTRUCTION AND SEALANTS, INC., the Court being duly advised in the premises,

**IT IS HEREBY ORDERED:**

A. This matter is hereby reinstated.

B. Judgment is entered in favor of the Plaintiffs and against the Defendant G & C CONSTRUCTION AND SEALANTS, INC. in the aggregate amount of $3,599.97 itemized as follows:

   i. $1,875.00 required under the Settlement Agreement; and

   ii. $1,724.97 in attorney's fees.

C. The Plaintiffs are entitled to any other relief that this Court deems to be just and equitable all at the cost of Defendant G & C CONSTRUCTION AND SEALANTS, INC. pursuant to 29 U.S.C. § 1132(g)(2)(E).

ENTERED:

_____
Hon. Charles P. Kocoras
U.S. District Court Judge

Date: 7/28/2022